## Haines et vir, Appellants, *v.* Acme Markets, Inc.

Argued June 12, 1975. *Daniel L. Thistle*, with him *Beasley, Hewson, Casey, Kraft & Colleran*, for appellants; *Stephen J. Schofield*, with him *Joseph R. Thompson*, for appellee.

Order affirmed.

## Marsh, Appellant, *v.* Marsh.

Argued November 18, 1975. *Richard J. Russell*, with him *Randall C. Rodkey*, and *Abood, Rodkey & Eckel*, for appellant; *Myron I. Markovitz*, with him *Gleason, DiFrancesco, Shahade & Markovitz*, for appellee.

Order affirmed.

JACOBS, J., absent.

## Muraco *v.* Pitulski, Appellant.

Argued November 19, 1975. *Daniel P. McDyer*, for appellant; *J. Kerrington Lewis*, submitted a brief for appellee.

Orders affirmed.